

## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

In the interest of J.R. and I.R., children,     * From the 326th District Court
                                                 of Taylor County, Texas
                                                 Trial Court No. 8126-CX.

Vs. No. 11-16-00203-CV                          * November 3, 2016

                                                * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Wright, C.J.,
                                                 Willson, J., and Bailey, J.)

This court has considered the father's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed as to the father only; the appeal remains active with respect to the mother.